UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | BK No.: 17-11335 |
|---|---|---|
| CHIRLINE WILSON | ) ) ) ) ) ) | Chapter: 13
Honorable A. Benjamin Goldgar |
| Debtor(s) | ) | |

### ORDER ON DEBTOR'S MOTION TO MODIFY PLAN

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notices having been given to the parties entitled thereto:

It is hereby ORDERED that:

1. The confirmed plan is amended in §3.1 (a) to change Westlake Financial Services, LLC, to Portfolio Recovery Associates, LLC.

2. Disbursements to Portfolio Recovery Associates should be sent to Portfolio Recovery Associates LLC, at PO Box 12914, Norfolk VA 23541.

Enter:

Dated: 0 8 MAY 2018

United States Bankruptcy Judge

**Prepared by:**
Ryan J. McCready
IARDC#6308289
David M. Siegel & Associates
790 Chaddick Drive
Wheeling, IL 60090
847-520-8100

Rev: 20151029_bko